**Ewing O. COSSABOOM et al., Appellants, v. George A. EUBANKS et al., Members of Review Committee, etc., Appellees.**

No. 11293.

United States Court of Appeals
Sixth Circuit.

Oct. 18, 1951.

Ewing O. Cossaboom, Cincinnati, Ohio, for appellant.

Claude P. Stephens, Lexington, Ky., Neil Brooks, Washington, D. C., for appellees.

Before HICKS, Chief Judge, and MARTIN and McALLISTER, Circuit Judges.

PER CURIAM.

This appeal has been heard and considered on the record and on the oral arguments and briefs of the attorneys for the respective parties;

And the findings of fact of the District Court being supported by substantial evidence and not clearly erroneous; the conclusions of law being correctly drawn; and the opinion of the district judge in support of his conclusion that appellants are not entitled to the relief sought by them in this proceeding being found logical and sound;

The judgment of the District Court is affirmed.

**Orin C. CLEMENT, Appellant, v. Tighe E. WOODS, Housing Expediter, Office of the Housing Expediter, Appellee.**

No. 11286.

United States Court of Appeals
Sixth Circuit.

Oct. 16, 1951.

See also 6 Cir., 177 F.2d 376.

Orin C. Clement, Toledo, Ohio, for appellant.

Paul Marshall, Sanford S. Simms, and Sol W. Wyman, all of Cleveland, Ohio, Ed Dupree, General Counsel, Washington, D. C., A. M. Edwards, Jr., Washington, D. C., for appellee.

Before HICKS, Chief Judge, and MARTIN and MILLER, Circuit Judges.

PER CURIAM.

The second appeal in this case came on to be heard upon the record and upon the briefs and oral arguments of the appellant, a lawyer, in *propria persona,* and of the attorney for the appellee;

And it again appearing that the findings of fact filed by the District Court are abundantly supported by substantial evidence in the record and that the conclusions of law applicable to the facts found are correctly drawn by the District Court;

The final order and judgment against appellant entered in the District Court is accordingly ordered to be affirmed.